|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GREAT AMERICAN INSURANCE COMPANY, | ) 1:06cv1100 AWI SMS |
|---|---|
|  | )  |
|  | ) ORDER RELATING CASES AND |
|  | ) ASSIGNING NEW MAGISTRATE JUDGE |
| Plaintiff, | ) |
|  | ) **New Case Number:** |
| v. | ) 1:06cv1100 AWI DLB |
|  | ) |
| MICHAEL J. MENEFEE, et al., | ) **Motion for Entry of Default** |
|  | ) **Judgment Reset to:** |
|  | ) Date: December 1, 2006 |
|  | ) Time: 9:00 a.m. |
| Defendants. | ) Courtroom 9 |
|  | ) |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 83-123 to the action entitled *Great American Insurance Company v. Michael J. Menefee, et al.*, 1:06cv0392 AWI DLB. The actions are based on the same or similar claims or questions of fact or law. Accordingly, assignment of both actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 83-123 merely assigns them to the same district judge and magistrate judge.

On the basis of good cause, this Court ORDERS that *Great American Insurance Company v. Michael J. Menefee, et al.,* 1:06cv1100 AWI SMS is reassigned to United States Magistrate Judge Dennis L. Beck, with a new case number. All documents filed in this action shall reflect the **new case number: 1:06cv1100 AWI DLB**.

1  Plaintiff's motion for entry of default judgment filed on October 27, 2006, is reassigned
2  to United States Magistrate Judge Dennis L. Beck, and is reset for hearing on December 1, 2006,
3  at 9:00 a.m., in Courtroom 9.

    IT IS SO ORDERED.

    Dated:   **November 20, 2006**             /s/ **Dennis L. Beck**
    3b142a                                  UNITED STATES MAGISTRATE JUDGE