# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. MENEFEE, an individual; and L G R, a California corporation,<br><br>　　　　　Defendants. | CV F 06-1100 AWI DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER ENTERING DEFAULT JUDGMENT<br><br>(Documents #20, #31, and #32) |

　　This is a civil action concerning fraudulent transfers of real property.   On December 10, 2006, the Clerk of the Court entered default against Defendants.  On December 8, 2006, Magistrate Judge Dennis L. Beck issued Findings and Recommendations that recommended the court grant Plaintiff's application for default judgment.   The Findings and Recommendations gave notice that any party could file objections within ten days.   On December 12, 2006, Plaintiff filed objections.   Plaintiff asks that the court clarify in its order adopting the Findings and Recommendations that the fraudulent transfers of all properties at issue be declared avoided in their entirety and also void at the time of the transfers and that the properties remain attached pursuant to writs of attachment.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the court ORDERS that:

1. The Findings and Recommendations entered on December 8, 2006 are ADOPTED.

2. Plaintiff's application for default judgment is GRANTED and Plaintiff is entitled to judgment on the following causes of action:

   a. Avoidance of Fraudulent Transfers Pursuant to California Civil Code § 3439.04(a)(1);

   b. Avoidance of Fraudulent Transfers Pursuant to California Civil Code § 3439.04(a)(2);

   c. Avoidance of Fraudulent Transfers Pursuant to California Civil Code § 3439.05.

3. IT IS FURTHER ORDERED that:

   a. In regards to the piece of real property known as 9768 South Leonard Avenue, Selma, California 93662, Assessor's Parcel Number 348-074-07:

      i. The transfer of 9768 South Leonard Avenue, Selma, California 93662, Assessor's Parcel Number 348-074-07, to L G R is avoided in its entirety under California Civil Code § 3439.07(a)(1) and therefore considered void as against all creditors of the debtors;

      ii. 9768 South Leonard Avenue, Selma, California 93662, Assessor's Parcel Number 348-074-07, is transferred from L G R back to Michael J. Menefee under California Civil Code § 3439.07(a)(3)(C);

      iii. Plaintiff Great American has an attachment against 9768 South Leonard Avenue, Selma, California 93662, Assessor's Parcel Number 348-074-07, as of May 30, 2006, under California Civil Code § 3439.07(a)(2).

    b.    In regards to the piece of real property known as 9754 and/or 9714 South Leonard Avenue, Selma, California 93662, Assessor's Parcel Number 348-074-06:

        i.    The transfer of 9754 and/or 9714 South Leonard Avenue, Selma, California 93662, Assessor's Parcel Number 348-074-06, to L G R is avoided in its entirety under California Civil Code § 3439.07 (a)(1) and therefore considered void as against all creditors of the debtors;

        ii.    9754 and/or 9714 South Leonard Avenue, Selma, California 93662, Assessor's Parcel Number 348-074-06, is transferred from L G R back to Michael J. Menefee under California Civil Code § 3439.07(a)(3)(C);

        iii.    Plaintiff Great American has an attachment against 9754 and/or 9714 South Leonard Avenue, Selma, California 93662, Assessor's Parcel Number 348-074-06, as of May 30, 2006, under California Civil Code § 3439.07(a)(2).

    c.    In regards to the piece of real property known as 2 acres vacant residential land, South Leonard Avenue, Selma, California, Assessor's Parcel Number 348-250-01:

        i.    The transfer of 2 acres vacant residential land, South Leonard Avenue, Selma, California, Assessor's Parcel Number 348-250-01, to L G R is avoided in its entirety under California Civil Code § 3439.07(a)(1) and therefore considered void as against all creditors of the debtors;

        ii.    2 acres vacant residential land, South Leonard Avenue, Selma, California, Assessor's Parcel Number 348-250-01, is transferred

from L G R back to Michael J. Menefee under California Civil Code § 3439.07(a)(3)(C);

iii. Plaintiff Great American has an attachment against 2 acres vacant residential land, South Leonard Avenue, Selma, California, Assessor's Parcel Number 348-250-01, as of May 30, 2006, under California Civil Code § 3439.07(a)(2).

4. Great American may recover reasonable attorney's fees and costs.

IT IS SO ORDERED.

**Dated:   January 9, 2007**              /s/ Anthony W. Ishii
0m8i78                             UNITED STATES DISTRICT JUDGE